ELEANOR DUFFY, Appellant, v JAMES M. VOGEL et al., Respondents, et al., Defendant.

Submitted June 16, 2008; decided September 2, 2008

Motion to dismiss appeal denied.

In the Matter of WOODROW FLEMMING, Appellant, v FRANK RIZZO et al., Respondents.

Submitted June 23, 2008; decided September 2, 2008

Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain it (*see* NY Const, art VI, § 3 [b]; CPLR 5602).